Caroline H. Porter, Appellant, v. Charles L. Robinson and Others, Respondents, Impleaded with Another, Appellant.— Judgment affirmed,

with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carl H. Schultz, a Corporation, Plaintiff, v. Massachusetts Bonding and Insurance Company, Defendant.— Exceptions overruled and judgment ordered for plaintiff, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.